UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**ROBERT SEMANS, ex rel**
**UNITED STATES OF AMERICA,**

                              **Plaintiffs,**                      5:00-CV-540
                                                                           (NAM/GJD)

v.

**LB & B ASSOCIATES INC.,**

                              **Defendant.**
_____

**APPEARANCES**                                              **OF COUNSEL:**

Seidenberg and Strunk                          Faith A. Seidenberg, Esq.
*Attorneys for Plaintiff Semans*
246 East Water Street
Syracuse, New York 13202

Wyrick Robbins Yates & Ponton LLP         Benjamin N. Thompson, Esq.
*Attorneys for Defendant*                       Jennifer M. Miller, Esq.
Post Office Drawer 17803
Raleigh, North Carolina 27619

Bond, Schoeneck & King, LLP                Peter A. Jones, Esq.
*Attorney for Defendant*
One Lincoln Center
Syracuse, New York 13202-1355

**HON. NORMAN A. MORDUE, D.J.:**

                                                 **ORDER**

    In the February 22, 2005, the court granted the defendant's motion to dismiss the amended complaint pursuant to Rule 9(b), and ordered the plaintiff to submit a second amended complaint, if any, within sixty (60) calendar days of the date of the February 28, 2005 Order.

        The deadline to file the second amended complaint was April 29, 2005, and according to

the docket the second amended complaint was not filed. Therefore, on June 22, 2005, the Court again ordered the plaintiff to file the second amended complaint on or before July 22, 2005, or the instant action would be dismissed without further order of this Court due to plaintiff's failure to comply.

On July 18, 2005, plaintiff's counsel filed a letter with the Court stating "In view of the fact that Mr. Semans cannot produce the documents that you requested we are forced to end the case".

**WHEREFORE,** it is hereby

**ORDERED**, that this instant action is dismissed due to plaintiff's failure to comply.

**IT IS FURTHER ORDERED**, that the Clerk enter judgment against plaintiff for failure to plead fraud with particularity pursuant to Rule 9(b).

Dated:  August 3, 2005
        Syracuse, New York

Norman A. Mordue
U.S. District Judge